Order entered October  , 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-01079-CR
No. 05-12-01080-CR

**KEITH BRONSHA PAUL, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause Nos. F10-42448-Y, F11-41122-Y**

## ORDER

On September 19, 2012, court reporter Sharon Hazlewood filed a reporter's record in the above two appeals. After reviewing the record, we conclude it either does not apply to the two appeals or is incomplete. Specifically, the record only reflects trial court a jury trial for cause no. F10-42449-Y, which is docketed in this Court as cause no. 05-12-00551-CR. The record applies to proceedings ending on March 29, 2012. However, the trial court's judgments for the above cause numbers reflect plea proceedings and a sentencing date of July 26, 2012. The reporter's record of the July 26, 2012 proceeding was not filed with the reporter's record on September 19, 2012.

Accordingly, this Court **ORDERS** Sharon Hazlewood, official court reporter of the Criminal District Court No. 7, to file the reporter's record of the July 26, 2012 hearing within **THIRTY DAYS** of the date of this order. No extensions will be granted.

Appellant's brief is due within **SIXTY DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Michael Snipes, Presiding Judge, Criminal District Court No. 7; Sharon Hazlewood, official court reporter, Criminal District Court No. 7; and counsel for all parties.

DAVID L. BRIDGES
JUSTICE